# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROBERT GENE REGA,

                Petitioner

        v.

A BRIDGE TO INDEPENDENCE,

                Respondent

:  No. 213 WAL 2021
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **DENIED** and the Application for Relief is **DISMISSED** as moot.

    Justice Brobson did not participate in the consideration or decision of this matter.